# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151062(52)

In re BEELER/HALL, Minors.

SC: 151062
COA: 321648
Genesee CC Family Division:
12-128963-NA

_____/

On order of the Court, the motion for reconsideration of this Court's March 20, 2015 order is considered. We DIRECT the Department of Human Services to respond to the motion for reconsideration within 28 days after the date of this order. In particular, the Department of Human Services shall address: (1) whether, in light of the information provided by the respondent at the June 6, 2012 hearing, there was a violation of the notice requirement of the Indian Child Welfare Act (ICWA), 25 USC 1912(a), see *In re Morris*, 491 Mich 81 (2012); and (2) whether there has been a violation of MCL 710.56(3), see *In re JK*, 468 Mich 202 (2003), and, if so, what is the remedy for the violation.

The motion for reconsideration remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2015



Clerk

d0602